# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH THOMASON, ) | 1:12-cv-00097 LJO GSA |
| Plaintiff, ) | |
| ) | **ORDER ADOPTING FINDINGS AND** |
| v. ) | **RECOMMENDATIONS** |
| ) | |
| SKYWEST AIRLINES, INC., ) | (Document 14) |
| Defendant. ) | |
| _____ ) | |

After filing its answer to Plaintiff Elizabeth Thomason's complaint on January 19, 2012, in the Fresno County Superior Court, Defendant Skywest Airlines, Inc. removed this action to this Court on January 20, 2012.  (*See* Doc. 1.)

On January 24, 2012, Plaintiff filed her Motion to Remand Action to State Court. (Docs. 5-7.)  Thereafter, Defendant filed its opposition on February 17, 2012 (Doc. 10) and Plaintiff filed her reply thereto on February 24, 2012 (Doc. 12).

On March 9, 2012, the Magistrate Judge issued Findings and Recommendations recommending that Plaintiff's motion be denied in its entirety.  The Findings and Recommendations were served on all parties and contained notice that any objections were to be filed within fifteen (15) days.  (Doc. 14.)  To date, no party has filed objections.

1

In accordance with the provisions of Title 28 of the United States Code section 636 (b)(1)(c), this Court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the Court finds that the Findings and Recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that the Findings and Recommendations dated March 9, 2012, are ADOPTED IN FULL and remand is DENIED.

IT IS SO ORDERED.

**Dated:   March 28, 2012**                             /s/ Lawrence J. O'Neill
                                                                  UNITED STATES DISTRICT JUDGE

2