# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH THOMASON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SKYWEST AIRLINES, INC.,<br><br>　　　　　Defendant.<br>_____/ | CASE NO. CV F 12-0097 LJO GSA<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO OBEY ORDER<br>(Docs. 64.) |

　　　　The parties have disobeyed this Court's February 6, 2013 order to file papers, no later than February 26, 2013, to dismiss this action. This Court's Local Rule 11-110 provides that failure to comply with an order of this Court "may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

　　　　Accordingly, this Court ORDERS the parties, no later than March 5, 2013, to file papers to show cause why sanctions, including dismissal of this action, entry of default against defendant, or monetary sanctions, should not be imposed for disobedience of the February 6, 2013 order. This order to show cause will be discharged if, no later than March 5, 2013, papers are filed to dismiss this action in its entirety.

　　　　Moreover, if the parties fail to complete settlement, this Court will explore resetting trial as soon as possible and if necessary, reassigning this action to another district judge, including one from the Sacramento division or another district, to expedite trial.

　　　　This Court ADMONISHES the parties and counsel that they are required to observe and comply with the Federal Rules of Civil Procedure and this Court's Local Rules and orders and are subject to

1  sanctions as this Court deems appropriate.

2  IT IS SO ORDERED.

3  **Dated:**   **February 27, 2013**        /s/  **Lawrence J. O'Neill**
                                              UNITED STATES DISTRICT JUDGE