1 **WILLIAM J. SMITH - #056116**
**SMITH JOHNSON, INC.**
2 2350 West Shaw Avenue, Suite 132
Fresno, California 93711
3 (559) 432-0986 Telephone
(559) 432-4871 Facsimile
4

5 Attorneys for Plaintiff, ELIZABETH THOMASON

6

7 UNITED STATES DISTRICT COURT

8 EASTERN DISTRICT OF CALIFORNIA

9

| | |
|---|---|
| ELIZABETH THOMASON, ) | **Case No. 1:12-cv-00097-LJO-GSA** |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER RE** |
| ) | **DISMISSAL WITH PREJUDICE** |
| vs. ) | |
| ) | |
| SKYWEST AIRLINES, INC., a Utah ) | |
| corporation, and DOES 1 through 20, inclusive, ) | |
| ) | |
| Defendants. ) | **Complaint Filed: December 21, 2011** |
| ) | **Trial Date: March 12, 2013** |
| ) | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, ELIZABETH THOMASON, and Defendant, SKYWEST AIRLINES, INC., a Utah corporation, by and through their respective counsel, that the above captioned lawsuit be and hereby is dismissed, with prejudice in its entirety, each party to bear its own attorneys' fees and costs, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

Dated: February 28, 2013

SMITH JOHNSON, INC.


/s/William J. Smith
WILLIAM J. SMITH, Attorneys for Plaintiff
ELIZABETH THOMASON

////

////

////

**STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE, Case No. 1:12-cv-00097-LJO-GSA** Page 1

1   Dated: February 28, 2013

2                                              DYKEMA GOSSETT LLP

3

4

5       /s/Alex W. Craigie
    ALEX W. CRAIGIE, Attorneys for Defendant
    SKYWEST AIRLINES, INC.

6

7                                              * * * *

8

9                                              **ORDER**

10       The above Stipulation is hereby adopted as an order of this Court.  This Court DIRECTS the clerk to close this action.

11

12   IT IS SO ORDERED.

13   **Dated:   March 1, 2013**            **/s/  Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE